E-FILED
Wednesday, 24 August, 2005 10:11:52 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| M Reenay Tenarvitz, et al | ) | |
|         Plaintiffs | ) | |
| | ) | |
| vs. | ) | Case No.  03-1404 |
| | ) | |
| D.A. Hoerr & Sons, Inc. | ) | |
|         Defendant | ) | |

### AGREED ORDER OF DISMISSAL

The parties hereto have stipulated that this case should be dismissed by reason of settlement.

IT IS ORDERED that this action is dismissed with prejudice pursuant to Rule 41 (a)(2) with each party to bear its own costs.  As a condition of this dismissal, the Court retains jurisdiction of this case to enforce compliance with the settlement contract.  See, <u>Kokkonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994).

All timetables and scheduled hearings in this case are cancelled until further notice.

ENTER this 23rd day of August, 2005.

        s/ John A. Gorman

        JOHN A. GORMAN
        UNITED STATES MAGISTRATE JUDGE